NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000526
11-OCT-2012
10:10 AM

NO. CAAP-12-0000526

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

LEONAORA I. LIZADA, Claimant-Appellant,
v.
DESTINATION RESORTS HAWAII, INC., Employer-Appellee,
and
FEDERAL INSURANCE COMPANY, Insurance Carrier-Appellee,
and
JOHN MULLEN AND COMPANY, INC., Insurance Adjuster-Appellee

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2012-114(M))

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 11(c)(2)
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon review of the record, it appears that:

(1) on May 29, 2012, a notice of appeal by Claimant-Appellant Leonora I. Lizada (Appellant) was filed;

(2) no appellate court order has been sought or filed allowing Appellant to proceed in forma pauperis;

(3) on September 21, 2012, the appellate clerk informed Appellant that:

(a) filing and docketing fees had not been paid, and that the record cannot be prepared without payment of the fees or an order allowing Appellant to proceed in forma pauperis; and

(b) pursuant to Rule 11(c)(2) of the Hawai'i Rules of Appellate Procedure, the matter would be called to the attention of the court on September 22, 2012 for such action as the court deems proper, including dismissal of the appeal; and

(4) thereafter, Appellant took no further action in this appeal. Therefore,

IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, October 11, 2012.

Chief Judge

Associate Judge

Associate Judge

-2-